## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**GREGORY D. COSMO COSBY,**          :

      **Petitioner**          :

                              **CIVIL ACTION NO. 3:14-1804**

**v.**          :

                              **(Judge Mannion)**

**DAVID EBBERT, Warden**          :

      **Respondent**          :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1.  Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED** only for the purpose of filing the petition.

2.  The above captioned petition for writ of habeas corpus is **DISMISSED**.

3.  The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 15, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1804-01-ORDER.wpd